The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JENNIFER KORJUS, | NO. 3:20-cv-06126-RJB |
| Plaintiff, | DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| JAY INSLEE, in his official capacity as Governor of the State of Washington, | |
| Defendant. | |

Defendant Governor Jay Inslee files this Response to inform the Court that Defendant does not oppose Plaintiff's Motion to Dismiss Without Prejudice (Dkt. No. 19). *See* Fed. R. Civ. P. 41(a)(2).

DATED this 24th day of December 2020.

ROBERT W. FERGUSON
*Attorney General*

*/s/ Emma Grunberg*
ZACHARY PEKELIS JONES, WSBA No. 44557
BRENDAN SELBY, WSBA No. 55325
  *Assistant Attorneys General*
  Complex Litigation Division
JEFFREY T. EVEN, WSBA No. 20367
EMMA GRUNBERG, WSBA No. 54659
  *Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE
NO. 3:20-cv-06126-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3144

| | |
|---|---|
| 1 | 206.464.7744 |
| 2 | 360.586.0728 |
|   | 360.753.7085 |
| 3 | 206.521.3222 |
|   | zach.jones@atg.wa.gov |
| 4 | brendan.selby@atg.wa.gov |
|   | jeffrey.even@atg.wa.gov |
| 5 | emma.grunberg@atg.wa.gov |

*Attorneys for Defendant Governor Jay Inslee*

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE
NO. 3:20-cv-06126-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3144

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 24th day of December, 2020, at Seattle, Washington.

*/s/ Emma Grunberg*
EMMA GRUNBERG, WSBA No. 54659
*Deputy Solicitor General*

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE
NO. 3:20-cv-06126-RJB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3144